NUMBER
13-09-00118-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

LEXINGTON INSURANCE
COMPANY,                                     Appellant,

 

                                                             v.

 

PENN OCTANE
CORPORATION, ET AL.,                                Appellees. 

____________________________________________________________

 

                           On
appeal from the 138th District Court 

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

     Before
Chief Justice Valdez and Justices Rodriguez and Garza 

Memorandum Opinion
Per Curiam

 








Appellant,
Lexington Insurance Company, perfected an appeal from a judgment entered by the
138th District Court of Cameron County, Texas, in cause number 2008-01-0343-B. 
The parties have filed a joint motion to dismiss the appeal on grounds the
parties have entered into a settlement.  The parties request that this Court
dismiss the appeal with prejudice.

            The
Court, having considered the documents on file and the parties’ joint motion to
dismiss the appeal, is of the opinion that the motion should be granted.  See
Tex. R. App. P. 42.1(a).  The
joint motion to dismiss is granted, and the appeal is hereby DISMISSED WITH
PREJUDICE.  The parties have further asked that we assess no costs against
either party.  We assume they mean that costs are to be taxed to the party
incurring same, as no party is indigent.  See id. at 43.4 (judgment for
costs in civil cases).  The request is granted.  Having dismissed the appeal at
the parties’ request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.

PER
CURIAM

Delivered and filed the  

8th day of July, 2010.